## Mary Bottigliero, Defendant in Error, v. Samuel Polakow, Plaintiff in Error.

### Gen. No. 18,727.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JACOB H. HOPKINS, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Affirmed. Opinion filed February 5, 1914.

### Statement of the Case.

Action by Mary Bottigliero against Samuel Polakow in the Municipal Court of Chicago to recover sums expended in redeeming from a sale, on foreclosure of a mechanic's lien, of premises purchased by plaintiff from defendant, under an agreement on the part of the latter to indemnify against the lien. From a judgment for plaintiff for $377.88, defendant brings error.

MAX M. GROSSMAN, for plaintiff in error.

THOMAS B. LANTRY, for defendant in error.

MR. JUSTICE SCANLAN delivered the opinion of the court.

*See Illinois Notes Digest. Vols. XI to XV, same topic and section number.

## Abstract of the Decision.

Indemnity, §. 25*—*amount recoverable.* In an action by the purchaser of realty against the vendor to recover for the amount expended in redeeming from a sale of the premises on foreclosure of a mechanic's lien, the vendor having given an agreement to indemnify, defendant contended that attorney's fees paid by plaintiff in redeeming and the fee for filing the certificate of redemption were improperly included in the judgment because no written notice had been given to him of the filing of the mechanic's lien suit. *Held,* the finding of the trial court that such notice had been given was not manifestly against the weight of evidence.